IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY MCMAHON, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Case No. 3:13-0319 |
| | ) | Chief Judge Haynes |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A status conference is set in this action for **Monday, July 29, 2013 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 31st day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court