IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY D. MCMAHON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-cv-00319 |
| | ) Chief Judge Haynes |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TN, | ) |
| Defendant. | ) |

# ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for partial judgment on the pleadings (Docket Entry No. 7) is **GRANTED** and Plaintiff's state law claim for constructive discharge is **DISMISSED with prejudice** as time barred.

It is so **ORDERED**.

ENTERED this the 30th day of July, 2013.

WILLIAM J. HAYNES, JR
Chief Judge
United States District Court