IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BEVERLY D. McMAHON, )
)
    Plaintiff, )
) No. 3:13-cv-00319
v. ) Senior Judge Haynes
)
METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON )
COUNTY, TENNESSEE, )
)
    Defendant. )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 42), to which the Defendant filed objections (Docket Entry No. 44). After de novo review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and accordingly Plaintiff's motion for partial summary judgment (Docket Entry No. 21) is **DENIED**. The Defendant's motion for summary judgment (Docket Entry No. 24) is **GRANTED** only on Plaintiff's claim for her transfer to the Lentz Health Center in September 2011, Plaintiff's claim for access at the Lentz Health Center, and Plaintiff's claim for denial of her request for indefinite leave, but is otherwise **DENIED**.

Counsel for the parties have thirty (30) days to submit an Agreed Order with a trial date.

It is so **ORDERED**.

**ENTERED** this the _____ day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge