UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY D. McMAHON, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>METROPOLITAN GOVERNMENT )<br>OF NASHVILLE AND DAVIDSON )<br>COUNTY, TENNESSEE, )<br>)<br>DEFENDANT. )<br>) | NO. 3:13-CV-00319<br>JUDGE CRENSHAW |

## VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court as follows:

1. Did the Metropolitan Government of Nashville and Davidson County, Tennessee, fail to provide reasonable accommodation to Ms. McMahon, in violation of the Americans with Disabilities Act?

    Yes __X__          No _____

2. Did the Metropolitan Government constructively discharge Ms. McMahon, in violation of the Americans with Disabilities Act?

    Yes _____          No __X__

3. Did the Metropolitan Government retaliate against Ms. McMahon, in violation of Title VII of the Civil Rights Act of 1964?

    Yes _____          No __X__

65

If you answer "Yes" to one or more of the first three questions, then by stipulation of the parties Ms. McMahon is to be awarded $59,591 for back pay and fringe benefits and you are to proceed to Question 4. If you answer "No" to all of the first three questions, then the foreperson should sign and date this Verdict Form and return it to the court officer.

4. What is the total amount of emotional distress (or nominal) damages you award Ms. McMahon?

$ 160,000

Sign and date the Verdict Form below and return it to court officer.

6/16/16
Date

Foreperson